COMMONWEALTH *vs.* CAROLINE LEONARD.

A complaint against a defendant for a violation of the Rev. Sts. *c.* 47, § 3, is sufficient to sustain a conviction, if it allege that the defendant, not being duly licensed, sold spiritous liquor to A. in a less quantity than twenty eight gallons, without alleging that it was not delivered and carried away all at one time.

THIS was a complaint, made to a justice of the peace, in which it was alleged that the defendant, " on the 1st of November 1842, at Canton, in the county of Norfolk, did sell to one William Beck spiritous liquor in less quantity than twenty eight gallons, she the said Caroline Leonard not being duly licensed therefor ; against the peace," &c.    After a verdict had been found against the defendant in the court of common pleas, she filed a motion in arrest of judgment.    This motion being overruled, she alleged exceptions.

J. P. *Bishop,* for the defendant.

*Wilkinson,* (District Attorney,) for the Commonwealth.

DEWEY, J.    This complaint may be supported under the third section of *c.* 47 of the revised statutes.    It does not indeed allege that the spiritous liquor, sold by the defendant to William Beck, was not delivered and carried away all at one time ; but that is immaterial, where the quantity sold was less than twenty eight gallons.    The sale of less than twenty eight gallons constitutes an offence within that section.    If the amount sold had exceeded twenty eight gallons, then the offence would not be correctly charged, unless there were added the further allegation, that the same was not delivered and carried away all at one time.    *Exceptions overruled.*